```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20355
  SHIRLEY M GETER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-4741


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/20/2005 and was confirmed 08/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.82%.

     The case was paid in full 07/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
SHOPPERS CHARGE ACCOUNTS  SECURED              2000.00           33.03        2000.00
TOYOTA MOTOR CREDIT       SECURED                  .00             .00            .00
SHOPPERS CHARGE ACCOUNTS  UNSECURED OTH        2347.83           23.42         583.65
OLD NAVY                  UNSEC W/INTER NOT FILED                  .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       10442.58          104.03        2591.43
ECAST SETTLEMENT CORP     UNSEC W/INTER        5876.21           58.50        1458.24
ECAST SETTLEMENT CORP     UNSEC W/INTER         833.14            9.26         206.75
MARSHALL FIELDS           UNSEC W/INTER        8994.54           89.58        2232.09
KOHLS                     UNSEC W/INTER         617.76            6.89         153.30
CITIBANK                  UNSEC W/INTER NOT FILED                  .00            .00
CREDIT FIRST              UNSEC W/INTER         924.66           10.12         229.46
CITIBANK USA NA           UNSEC W/INTER NOT FILED                  .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER       10966.12          109.51        2721.35
RESURGENT CAPITAL SERVIC  UNSEC W/INTER         863.72            9.64         214.34
BANK OF AMERICA           UNSEC W/INTER NOT FILED                  .00            .00
CASUAL CORNER GROUP       UNSEC W/INTER NOT FILED                  .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER        1444.43           15.32         358.45
ECAST SETTLEMENT CORP     UNSEC W/INTER       12015.55          119.63        2981.78
SMC                       UNSEC W/INTER        6474.49           64.48        1606.71
TARGET NATIONAL BANK      UNSEC W/INTER        6569.53           65.43        1630.29
RESURGENT CAPITAL SERVIC  UNSEC W/INTER            .00             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER         478.65            5.48         118.78
ASSET ACCEPTANCE CORP     UNSECURED OTH         187.23            2.76          45.33
DANIEL M MOULTON          DEBTOR ATTY         1,194.00                       1,194.00
TOM VAUGHN                TRUSTEE                                            1,267.75
DEBTOR REFUND             REFUND                                               419.22

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  22,740.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 20355 SHIRLEY M GETER
```

```
PRIORITY                                                              .00
SECURED                                                          2,000.00
     INTEREST                                                       33.03
UNSECURED                                                       17,131.95
     INTEREST                                                      694.05
ADMINISTRATIVE                                                   1,194.00
TRUSTEE COMPENSATION                                             1,267.75
DEBTOR REFUND                                                      419.22
                                    ----------------      ----------------
TOTALS                                    22,740.00             22,740.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 20355 SHIRLEY M GETER